**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>ELIZABETH COOK<br><br>        Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEAUTICALS USA, INC., et al,<br>        Defendants. | MDL DOCKET NO. 2974<br>1:20-md-2974-LMM<br><br>CIVIL ACTION FILE<br><br>NO. 1:23-cv-05082 |

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United

States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for

Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 20th day of March, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/C. Pollard               
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 20, 2026
Kevin P. Weimer
Clerk of Court

By:  s/C. Pollard             
       Deputy Clerk